# 1100 W. Keswick Ln, Lake Forest
## Also for Rent, Rent w/option or Lease purchase!

# Details & Features

## 1100 W. Keswick Ln, Lake Forest

**Property Type**
Single Family Home

**Room Count**
13 rooms, 4 beds, 5.3 baths

**Taxes**
$28,635 in 2008

## Room Details

| Room | Dimensions |
|---|---|
| Foyer | 18X10 |
| Gallery | 46X8 |
| Great Room | 38X23 |

Fabulous Formal Living and Dining space with 2 stone fireplaces

| | |
|---|---|
| Library | 20X17 |

Maple paneled walls and custom bookcases. Stone fireplace

| | |
|---|---|
| Kitchen | 25X17 |
| Family Room | 20X18 |
| Laundry Room | 11X7 |
| Sitting Room | 17X14 |
| Master Bedroom | 22X16 |
| Bedroom 2 | 17X15 |
| Bedroom 3 | 20X13 |
| Bedroom 4 | 20X13 |
| Upstairs Family Room | 36X11 |
| Game Room | 35X16 |

Fabulous space on 2nd floor that easily converts to 5th and 6th bedrooms or wonderful Nanny suite.

| | |
|---|---|
| Exercise Room | 15X13 |

## Interior Features

**Fireplaces**
5 fireplaces located in Living Room, Dining Room, Library, Family Room and Master Bedroom

**Flooring**
Imported Italian stone and random width provincial hardwood floors throughout

**Molding / Trim**
Architectural beams throughout home.

Appliances
Kitchen features Viking professional gas range, Miele Incognito dishwasher, Dacor warming drawer, Sub-Zero refrigerator, and GE space saving stainless microwave.

Family Room features wine bar with wine refrigerator.

Sitting Room has Sub-Zero undercounter refrigerator

Laundry Room features Maytag Neptune washer and dryer

## Exterior Features

Lot Size
2 private wooded acres. Space for pool and tennis court!

Patio
New 1200sqft patio with sitting wall just completed 6/09

Covered Porch
Lovely space off of Kitchen and Gallery