**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **James E. Sullivan, as Receiver for Central Sleep Diagnostics et. al.** )<br>)<br>)<br>**PLAINTIFF** )<br>)<br>**V.** )<br>**Ken Dachman, Central Sleep Diagnostics, Katherine Lynn Dachman, Jillian Dachman, David Dachman, Gary Parisi, and Gina Parisi** )<br>)<br>)<br>)<br>)<br>**DEFENDANTS** ) | **Case No. 10-6162** |

## MOTION FOR SUBSTITUTION OF RECEIVER

NOW COMES the Plaintiff, James E. Sullivan as Receiver for Central Sleep Diagnostics, LLC ("CSD"), by and through his attorneys, GARDINER KOCH WEISBERG AND WRONA, and for his Motion for Substitution of Receiver states as follows:

1. The Illinois Supreme Court has requested that James E. Sullivan be reappointed as a Judge to the Circuit Court of Cook County, Chicago, Illinois.

2. Mr. Sullivan will be sworn in as a Judge on April 25, 2011.

3. The Receiver requests leave to withdraw from this Court appointed position and further requests that a new Receiver be appointed at the Court's discretion.

4. The Receiver seeks leave to submit a petition for fees.

                                                        Respectfully submitted,

                                        By:<u>/s/ James B. Koch</u>

                                            James B. Koch

James B. Koch
GARDINER KOCH & WEISBERG & WRONA
Attorney No. 29637
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604