UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **James E. Sullivan, as Receiver for Central Sleep Diagnostics et. al.** ) ) ) **PLAINTIFF** ) ) V. ) **Ken Dachman, Central Sleep Diagnostics, Katherine Lynn Dachman, Jillian Dachman, David Dachman, Gary Parisi, and Gina Parisi** ) ) ) ) ) **DEFENDANTS** ) | **Case No. 10-6162** |

## RECEIVER'S FIRST APPLICATION FOR FEES

NOW COMES the Plaintiff, James E. Sullivan as Receiver for Central Sleep Diagnostics, LLC ("CSD"), by and through his attorneys, GARDINER KOCH WEISBERG AND WRONA, and for his First Application for Fees states as follows:

James E. Sullivan, as the receiver ("Receiver") for Defendants Central Sleep Diagnostics and Ken Dachman and pursuant to the powers vested in him by the Order of this Court entered on November 1, 2010, now respectfully submits his Application ("Application") for, and moves this Court for an order approving, payment of the fees and expenses of the Receiver. In support of his Application and Motion, the Receiver states as follows:

1. Pursuant to the Billing Instructions, the Receiver provides the following information regarding the application

    a. The Application covers a period from November 1, 2010 to April 18, 2011;

    b. The Receiver has performed 27.5 hours of work at the rate of $250 per hour.

## **RECEIVER'S CERTIFICATION**

1. Pursuant to the Billing Instructions, the Receiver certifies as follows regarding the Receiver's First Interim Application and Motion for Approval of Payment of Fees and Expenses of Receiver.

    a. The Receiver has read the foregoing Application and motion.

    b. To the best of the Receiver's knowledge, information and belief formed after reasonable inquiry, the Application and Motion and all fees and expenses therein are true and accurate and comply with the Billing instructions (with any exceptions specifically noted in this Certification, Application and Motion);

    c. All fees contained in the Application and Motion are based on the rates previously submitted to the Court, to wit; $250 per hour, which were listed in Mr. Sullivan's resume and agreement to work at a reduced fee schedule.  Mr. Sullivan's fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

    d. The Application and Motion does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission);

    e. In seeking reimbursement for a service which the Receiver or the Receiver's retained professionals justifiably purchased or contracted for from a third party ( such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), reimbursement is requested only for the amount billed to the Receiver or Receiver's retained professionals by the third-party vendor and

paid by the Receiver or Receiver's retained professionals to such vendor. If such services were performed by the Receiver or Receiver's retained professionals, the Receiver certifies that no profit has been made on such reimbursable service.

WHEREFORE Plaintiff requests the Court grant this Application for Fees.

Respectfully submitted,

By:/s/ James B. Koch

James B. Koch

James B. Koch
GARDINER KOCH & WEISBERG & WRONA
Attorney No. 29637
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604