# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6162 | **DATE** | 7/11/2011 |
| **CASE TITLE** | Brian Friedopfer, et al vs. Kenneth A. Dachman | | |

**DOCKET ENTRY TEXT**

Motion hearing held. David Wheldon and Dawn Wheldon's motion for leave to file affirmative defenses to ancillary complaint [185] granted. Plaintiff's motion for entry of judgment [189] granted. Judgment is entered in favor of the Kevin Duff as Receiver for Central Sleep Diagnostics and against Defendants Ken Dachman, Katherine Lynn Dachman, Jillian Dachman, David Dachman, Gary Parisi and Gina Parisi in the amount of $2,500,000 on Counts 1, 3, 7, 8, 9 and 11. Counts 2, 4 5, 6 and 10 of Plaintiff's Amended Complaint are dismissed as moot as a result of the entry of judgment with respect to Count 1. Enter Order. Case is referred to Magistrate Judge Schenkier for a settlement conference.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|