# EXHIBIT 1

*Friedryfer v. Duckmann, et al.*
Case No. 1bcv-06162

Schedule of Claimant Proposed Distribution Amounts

| # | CLAIMANT | CLAIM | APPROVED CLAIM | AMOUNT DENIED | PERCENTAGE OF DISTRIBUTION | DISTRIBUTION AMOUNT |
|---|----------|-------|----------------|---------------|---------------------------|---------------------|
| 1 | | $555,141.64 | $555,141.64 | $0.00 | 14.018% | $34,119.02 |
| 2 | | $236,000.00 | $236,000.00 | $0.00 | 5.707% | $13,889.97 |
| 3 | | $10,000.00 | $10,000.00 | $0.00 | 0.255% | $614.60 |
| 4 | | $1,535.00 | $1,535.00 | $0.00 | 0.039% | $94.34 |
| 5 | | $32,874.56 | $32,874.56 | $0.00 | 0.839% | $2,020.47 |
| 6 | | $16,000.00 | $16,000.00 | $0.00 | 0.404% | $983.36 |
| 7 | | $234,000.00 | $234,000.00 | $0.00 | 5.909% | $14,381.65 |
| 8. | | $12,000.00 | $0.00 | $12,000.00 | 0.000% | $0.00 |
| 9 | | $105,513.07 | $105,513.07 | $0.00 | 2.664% | $6,484.84 |
| 10ₐ | | $10,000.00 | $0.00 | $10,000.00 | 0.000% | $0.00 |
| 11 | | $41,000.00 | $41,000.00 | $0.00 | 1.035% | $2,519.86 |
| 12ᶜ | | $50,000.00 | $35,000.00 | $15,000.00 | 0.884% | $2,151.10 |
| 13 | | $75,000.00 | $75,000.00 | $0.00 | 1.894% | $4,609.50 |
| 14 | | $96,605.00 | $96,605.00 | $0.00 | 2.439% | $5,937.35 |
| 15 | | $5,000.00 | $5,000.00 | $0.00 | 0.126% | $307.30 |

CONFIDENTIAL INFORMATION NOT TO BE REDISTRIBUTED

Pfeidagfer v. Duckman, et al
Case No. 10-cv-06162

Schedule of Claimants' Proposed Distribution Amounts

| | | | | | |
|---|---|---|---|---|---|
| 16 | $300,284.38 | $300,284.38 | $0.00 | 7.383% | $18,455.49 |
| 17_D | $177,000.00 | $120,000.00 | $57,000.00 | 3.069% | $7,375.20 |
| 18 | $5,400.00 | $5,400.00 | $0.00 | 0.136% | $331.88 |
| 19_E | $81,000.00 | $61,220.00 | $19,780.00 | 1.546% | $3,762.58 |
| 20 | $18,004.00 | $18,004.00 | $0.00 | 0.455% | $1,106.53 |
| 21 | $20,000.00 | $20,000.00 | $0.00 | 0.505% | $1,229.20 |
| 22 | $93,922.97 | $93,922.97 | $0.00 | 2.372% | $5,772.51 |
| 23_F | $31,264.98 | $28,205.36 | $3,059.62 | 0.712% | $1,733.50 |
| 24 | $15,000.00 | $15,000.00 | $0.00 | 0.379% | $921.90 |
| 25 | $80,000.00 | $80,000.00 | $0.00 | 2.020% | $4,916.80 |
| 26_G | $3,500.00 | $0.00 | $3,500.00 | 0.000% | $0.00 |
| 27 | $80,000.00 | $80,000.00 | $0.00 | 2.020% | $4,916.80 |
| 28 (initial claim settled: $2,000.00) | $39,940.31 | $37,940.31 | $0.00 | 0.958% | $2,331.81 |
| 29 (total claim settled: $10,976.43) | $1,102,223.47 | $0.00 | $0.00 | 0.000% | $0.00 |
| 30 | $21,000.00 | $21,000.00 | $0.00 | 0.530% | $1,290.66 |

*Friedrapher v. Duchateau, et al*
Case No. 10-cv-06162

Schedule of Claimants' Proposed Distribution Amounts

| | | | | | |
|---|---|---|---|---|---|
| 31 | $72,000.00 | $72,000.00 | $0.00 | 1.818% | $4,425.12 |
| 32 [H] | $5,000.00 | $0.00 | $5,000.00 | 0.000% | $0.00 |
| 33 [I] | $100,000.00 | $0.00 | $100,000.00 | 0.000% | $0.00 |
| 34 | $10,827.69 | $10,827.69 | $0.00 | 0.273% | $665.47 |
| 35 | $13,868.00 | $13,868.00 | $0.00 | 0.350% | $852.33 |
| 36 | $9,000.00 | $9,000.00 | $0.00 | 0.227% | $553.14 |
| 37 [J] | $710,000.00 | $625,000.00 | $85,000.00 | 15.782% | $38,412.52 |
| 38 [K] | $915.30 | $624.48 | $290.82 | 0.016% | $38.38 |
| 39 [L] | $106,953.48 | $86,126.64 | $20,826.84 | 2.179% | $5,293.35 |
| 40 | $4,960.00 | $4,960.00 | $0.00 | 0.125% | $304.84 |
| 41 [M] | $26,240.00 | $13,273.00 | $12,967.00 | 0.333% | $815.76 |
| 42 | $10,000.00 | $10,000.00 | $0.00 | 0.253% | $614.60 |
| 43 [N] | $244,653.21 | $150,000.00 | $94,653.21 | 3.788% | $9,219.00 |
| 44 | $2,925.00 | $2,925.00 | $0.00 | 0.074% | $179.77 |
| 45 | $22,500.00 | $22,500.00 | $0.00 | 0.568% | $1,382.85 |

CONFIDENTIAL INFORMATION NOT TO BE REDISTRIBUTED

Friedopfer v. Duchman, et al.
Case No. 10-cv-06162

Schedule of Claimants' Proposed Distribution Amounts

| Claim | | | | | |
|---|---|---|---|---|---|
| 46[b] | $7,742.37 | $0.00 | $7,742.37 | 0.000% | $0.00 |
| 47[p] | $15,465.00 | $10,465.00 | $5,000.00 | 0.264% | $643.18 |
| 48 | $5,400.00 | $5,400.00 | $0.00 | 0.136% | $331.88 |
| 49 | $93,585.00 | $93,585.00 | $0.00 | 2.363% | $5,751.74 |
| 50 | $17,960.65 | $17,960.65 | $0.00 | 0.454% | $1,103.86 |
| 51 | $150,500.00 | $150,500.00 | $0.00 | 3.800% | $9,249.73 |
| 52[q] | $36,000.00 | $10.00 | $35,990.00 | 0.000% | $0.61 |
| 53 | $100,000.00 | $100,000.00 | $0.00 | 2.525% | $6,146.00 |
| 54 | $37,500.00 | $37,500.00 | $0.00 | 0.947% | $2,304.75 |
| 55 | $65,000.00 | $65,000.00 | $0.00 | 1.641% | $3,994.90 |
| 56 | $18,000.00 | $18,000.00 | $0.00 | 0.455% | $1,106.28 |
| 57[R] | $71,000.00 | $21,000.00 | $50,000.00 | 0.530% | $1,290.66 |
| 58 | $153,000.00 | $105,000.00 | $48,000.00 | 2.651% | $6,453.30 |
| | $5,650,185.08 | $3,960,171.75 | $585,789.86 | 100.000% | $243,392.26 |

A. Claim disallowed: no supporting documentation submitted

CONFIDENTIAL INFORMATION NOT TO BE REDISTRIBUTED

*Friedlufer v. Dockmann, et al.*
Case No. 10-cv-06162

Schedule of Claimants' Proposed Distribution Amounts

B. Claim disallowed: no supporting documentation submitted.

C. Claim reduced: insufficient documentation to justify total amount claimed.

D. Claim reduced: insufficient documentation to justify total amount claimed.

E. Claim reduced: reduction reflects amounts owed to Advanced Sleep Diagnostics ("ASD").

F. Claim reduced: late penalties, accrued interest, and/or attorney's fees disallowed.

G. Claim disallowed: no supporting documentation submitted.

H. Claim disallowed: no supporting documentation submitted.

I. Claim disallowed: no supporting documentation submitted.

J. Claim reduced: late penalties, accrued interest, and/or attorney's fees disallowed.

K. Claim reduced: insufficient supporting documentation submitted and included late penalties and/or accrued interest.

L. Claim reduced: late penalties, accrued interest, and/or attorney's fees disallowed.

M. Claim reduced: late penalties, accrued interest, and/or attorney's fees disallowed.

N. Claim reduced: insufficient documentation to justify total amount claimed.

O. Claim disallowed: no supporting documentation submitted.

P. Claim reduced: reduction reflects amounts owed to Advanced Sleep Diagnostics.

Q. Claim disallowed: no supporting documentation submitted.

Q. Claim reduced: insufficient documentation to justify total amount claimed.

R. Claim reduced: reduction reflects amounts owed to Advanced Sleep Diagnostics.

CONFIDENTIAL INFORMATION NOT TO BE REDISTRIBUTED

# EXHIBIT  2

Friedlaufer v. Duchmann, et al.
Case No. 10-cv-06162

Schedule of Proposed Compensation/Reimbursement to Professionals

| PROFESSIONAL FIRM | INVOICED FEES A | RECOMMENDED FEES B | RECOMMENDED EXPENSES C | TOTAL RECOMMENDED COMPENSATION/REIMBURSEMENT D |
|---|---|---|---|---|
| James Sullivan (Receiver) 334 Central Avenue Wilmette, Illinois 60091 | $6,875.00 | $3,437.50 | $0.00 | $3,437.50 |
| Kevin B. Duff (Receiver) Rachlis Duff Adler & Peel, LLC 542 S. Dearborn St., Suite 900 Chicago, Illinois 60605 | $58,474.00 | $29,237.00 | $0.00 | $29,237.00 |
| Gardiner Koch Weisberg and Wrona 53 W. Jackson Blvd., Ste. 950 Chicago, Illinois 60604 | $50,696.34 | $25,348.17 | $5,686.46 | $31,034.63 |
| Rachlis Duff Adler & Peel, LLC 542 S. Dearborn St., Suite 900 Chicago, Illinois 60605 | $71,074.00 | $35,537.00 | $2,131.42 | $37,668.42 |
| Titus (Interim Director) 1200 N. Mayfair Road, Suite 270 Milwaukee, Wisconsin 53226 (414) 727-0400 (414) 727-0430 (facsimile) | $6,337.50 | $3,168.75 | $94.00 | $3,262.75 |
| Damasco & Associates LLP E 700 Monte Vista Lane Half Moon Bay, CA 94019 (650) 726-4100 (650) 726-4199 (facsimile) | $2,250.00 | $2,250.00 | $0.00 | $2,250.00 |
| | $195,706.84 | $98,978.42 | $7,911.88 | $106,890.30 |

A. "Invoiced Fees" for the Receiver and the Receiver's counsel reflect discounted hourly billing rates that are generally about 20% less than standard billing rates

B. "Recommended Fees" are 50% of Invoiced Fees for the Receiver and Receiver's counsel

C. "Recommended Expenses" are the total out-of-pocket expenses, for Receiver's counsel and Titus

D. "Total Recommended Compensation/Reimbursement" is the total of Recommended Fees plus Recommended Expenses

E. The Receiver recommends that the fees of the Tax Administrator not be reduced because they are relatively small, are not based on hourly rates, and are in an amount more in the nature of an expense.

# EXHIBIT  3

# Rachlis Duff Adler & Peel, LLC

542 SOUTH DEARBORN STREET
SUITE 900
CHICAGO, ILLINOIS  60605

TEL (312) 733-3950
FAX (312) 733-3952

October 28, 2013

Kevin B. Duff, Receiver for
Central Sleep Diagnostics, LLC
542 S. Dearborn Street, Suite 900
Chicago, IL 60605

Re:  *Friedopfer, et al. v. Dachman, et al.*, No. 10-cv-6162      Fed. I.D. No. 61-1421786
     Receivership                                                Invoice No.34501102

| | |
|---|---|
| Legal Fees for the period | $5,828.00 |
| Other Charges | $0.00 |
| **Due this Invoice** | **$5,828.00** |
| Previous Balance | $52,646.00 |
| Less Payments and Adjustments | $0.00 |
| **TOTAL DUE** | **$58,474.00** |

Kevin B. Duff, Receiver for                                                                                                          Page   2

| Date | Indiv | Hours | Description |
|------|-------|-------|-------------|
| 9/1/2013 | KBD | 1.90 | Study and revise distribution plan. |
| 9/2/2013 | KBD | 1.60 | Study and revise distribution plan. |
| 9/3/2013 | KBD | 0.50 | Study correspondence from G. Apostolides regarding negotiated settlement terms and logistics (.1); study revised distribution plan and correspondence from J. Murray regarding same (.4). |
| 9/4/2013 | KBD | 1.50 | Review Loggans settlement agreement (.1); review and revise draft distribution plan and correspondence regarding same (1.4). |
| 9/5/2013 | KBD | 3.00 | Study Gardiner Koch invoices (1.4); study revised distribution plan and schedules (.8); review correspondence from S. Condon and J. Murray regarding same and receivership expenses (.2); exchange correspondence and telephone conference with vendor regarding off-site records storage, disposal, and price negotiation (.5); exchange correspondence with J. Murray regarding same (.1). |
| 9/6/2013 | KBD | 1.70 | Exchange correspondence with vendor regarding off-site storage terms and agreement (.4); draft agreement with offsite storage company (.6); review correspondence from S. Condon regarding receivership expenses (.1); study and revise draft motion to approve distribution plan (.4); draft correspondence to J. Murray regarding same (.1); revise correspondence to Judge Pallmeyer (.1). |
| 9/9/2013 | KBD | 0.70 | Review correspondence regarding Loggans firm settlement check (.1); telephone conference with G. Apostolides regarding same (.1); review correspondence from J. Murray and J. Koch and office conference with J. Murray regarding distribution plan spreadsheet (.2); office conference with J. Murray regarding hearing before Judge Pallmeyer (.1); exchange correspondence with offsite storage vendor regarding same (.2). |
| 9/10/2013 | KBD | 0.30 | Exchange correspondence with offsite storage vendor regarding execution of agreement and administrative form. |
| 9/23/2013 | KBD | 0.10 | Review tax administrator invoice. |
| 9/27/2013 | KBD | 0.10 | Exchange correspondence with J. Murray regarding review of claims. |
| 9/30/2013 | KBD |  | Office conference with and review correspondence from J. Murray regarding claims and service issues. (No charge) |
| 10/4/2013 | KBD | 0.10 | Office conference with and review correspondence from J. Murray regarding distribution plan and approval hearing planning. |
| 10/7/2013 | KBD | 0.50 | Study Goodman objection to distribution plan (.3); office conference with J. Murray regarding same (.1); office conference with J. Murray and review correspondence regarding state court action against Murphy (.1). |
| 10/10/2013 | KBD | 0.20 | Office conference with J. Murray regarding hearing before Judge Pallmeyer regarding status of objections to distribution plan. |
| 10/11/2013 | KBD | 0.40 | Telephone conference with J. Murray regarding hearing before Judge Pallmeyer addressing Goodman objection (.2); telephone conference with J. Koch regarding same and settlement offer to Goodman (.2). |

Kevin B. Duff, Receiver for

Page 3

| Date | Indiv | Hours | Description |
|------|-------|-------|-------------|
| 10/13/2013 | KBD | 0.20 | Exchange correspondence with J. Koch regarding Goodman's intention to appeal and response strategy. |
| 10/16/2013 | KBD | 0.40 | Study draft pleadings to address Goodman objection and exchange correspondence with J. Koch and S. Condon regarding same. |
| 10/21/2013 | KBD | 2.40 | Analyze strategy for addressing Goodman objection (.3); exchange correspondence with and telephone conferences J. Koch and S. Condon regarding same (1.4); office conferences with J. Murray regarding same (.2); review and revise draft pleadings (.5). |
| 10/22/2013 | KBD | 1.60 | Review and revise draft pleadings addressing Goodman objection. |
| 10/23/2013 | KBD | 0.80 | Review pleadings, exchange correspondence and telephone conference with J. Murray regarding hearing before Judge Pallmeyer, regarding Goodman objection. |
| 10/24/2013 | KBD | 0.80 | Attend hearing before Judge Pallmeyer regarding Goodman objection (.5); conferences and exchange correspondence with J. Koch and J. Murray regarding same (.3). |

|  | Hours | Amount |
|--|-------|--------|
|  | 18.80 | $5,828.00 |

Summary of Activity

| | Hours | Rate | |
|--|-------|------|--|
| Kevin B. Duff | 18.80 | 310.00 | $5,828.00 |

Kevin B. Duff, Receiver for                                                   Page   4

## SUMMARY

| | |
|---|---:|
| Legal Services | $5,828.00 |
| Other Charges | $0.00 |
| **TOTAL DUE** | **$5,828.00** |

| | |
|---|---:|
| Previous balance | $52,646.00 |
| Balance due | $58,474.00 |

# EXHIBIT 4

### *Gardiner Koch Weisberg & Wrona*
*53 West Jackson Blvd.*
*Suite 950*
*Chicago, IL 60604*
*312-362-0000*

October 28, 2013

Kevin Duff                                              Account No.  JH-010c
Rachlis Durham Duff Adler & Peel, LLC     Invoice No.   266888
542 South Dearborn Street, Suite 900
Chicago, IL 60605

.

*In Reference To:     Duff v. Dachman*

|  |  | Amount |
|---|---|---:|
| | Previous balance | $94,975.23 |
| 10/5/2013 | Credit for billable time and expenses prior to 11.1.10 | ($31,091.44) |
| 10/28/2013 | I/Invoice for September and October Attorney Time | $6,102.50 |
| 10/28/2013 | Professional Courtesy Discount (30% of all billable time after 11.1.10 thru 8.31.13) | ($17,459.20) |
| 10/28/2013 | Professional Courtesy Discount (30% of all billable time after 9.1.13) | ($1,830.75) |
| | Total payments and adjustments | ($44,278.89) |
| | Balance due | $50,696.34 |

**Please make all checks payable to James B. Koch, P.C.**

| 3:46 PM | Slip Listing | Page | 1 |
|---|---|---|---|
| 10/28/2013 | Gardiner Koch Weisberg & Wrona | | |

## Selection Criteria

| Clie.Selection | Include: Duff v. Dachman |
|---|---|
| Slip.Transaction Dat | 9/1/2013 - Latest |
| Slip.Billing Status | Billable; Override |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Client: Duff v. Dachman | | | | | |
| 277392<br>9/3/2013<br>Billed | TIME<br><br>G:95717 | Condon, Shannon<br>Phone Call<br>10/28/2013 Duff v. Dachman | 1.70<br>0.00 | 200.00<br>T@1 | 340.00 |
| Calls and emails regarding revised distribution plan and bills; emails regarding Loggans settlement and US atty approval | | | | | |
| 281142<br>9/3/2013<br>Billed | TIME<br><br>G:95717 | Koch, James<br>Phone Call<br>10/28/2013 Duff v. Dachman | 0.30<br>0.00 | 400.00<br>T@15 | 120.00 |
| Emails regarding US Attorney approval of distribution; calls with J. Murray regarding revised distribution plan and bills; emails with Opposing counsel regarding settlement (Loggans attorney | | | | | |
| 277398<br>9/4/2013<br>Billed | TIME<br><br>G:95717 | Condon, Shannon<br>Review<br>10/28/2013 Duff v. Dachman | 0.80<br>0.00 | 200.00<br>T@1 | 160.00 |
| Review JBK proposed changes to motion to approve distribution plan; incorporate same into prior draft; review and revise final draft; emails regarding same | | | | | |
| 281143<br>9/4/2013<br>Billed | TIME<br><br>G:95717 | Koch, James<br>Review<br>10/28/2013 Duff v. Dachman | 0.50<br>0.00 | 375.00<br>T@13 | 187.50 |
| Revise motion to approve distribution plan; incorporate same into prior draft; review and revise final draft | | | | | |
| 281148<br>9/5/2013<br>Billed | TIME<br><br>G:95717 | Koch, James<br>Analysis<br>10/28/2013 Duff v. Dachman | 1.00<br>0.00 | 375.00<br>T@13 | 375.00 |
| Phone calls with Receiver/RDAP regarding status of case, US Attorney review, distribution amounts and potential objections; review distribution plan; calls regarding invoices and claimants; multiple revises and calls regarding GKWW claims; review | | | | | |

Gardiner Koch Weisberg & Wrona

| | | | | | |
|---|---|---|---|---|---|
| 10/28/2013 | | Slip Listing | | | |
| 3:46 PM | | | Page | 2 | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| files regarding record storage | | | | |
| 277407<br>9/5/2013<br>Billed          G:95717<br>Phone calls with Receiver/RDAP regarding status of case, US Attorney review, distribution amounts and potential objections; review distribution plan; calls regarding invoices and claimants; multiple revises and calls regarding GKWW claims; review files regarding record storage | TIME<br>Analysis<br>10/28/2013 Duff v. Dachman | 2.60<br>0.00 | 200.00<br>T@1 | 520.00 |
| 277411<br>9/6/2013<br>Billed          G:95717<br>Phone calls regarding claim verification forms for Veritext, American Steno; revise GKWW documents for Receiver; calls and emails regarding same | TIME<br>Miscellaneous<br>10/28/2013 Duff v. Dachman | 1.30<br>0.00 | 200.00<br>T@1 | 260.00 |
| 280332<br>10/9/2013<br>Billed          G:95717<br>Correspondence regarding objections to distribution plan | TIME<br>Analysis<br>10/28/2013 Duff v. Dachman | 0.20<br>0.00 | 200.00<br>T@1 | 40.00 |
| 280305<br>10/11/2013<br>Billed          G:95717<br>Prepare for and attend court hearing before Judge Pallmeyer regarding Goodman's objection to distribution plan; review related pleadings; case strategy and analysis; correspondence and investigation regarding Goodman's objections; begin drafting motion to vacate | TIME<br>Court<br>10/28/2013 Duff v. Dachman | 1.80<br>0.00 | 200.00<br>T@1 | 360.00 |
| 281149<br>10/11/2013<br>Billed          G:95717<br>Prepare for and attend court hearing before Judge Pallmeyer regarding Goodman's objection to distribution plan; review related pleadings; case strategy and analysis; correspondence and investigation regarding Goodman's objections; begin drafting motion to vacate | TIME<br>Court<br>10/28/2013 Duff v. Dachman | 1.00<br>0.00 | 375.00<br>T@13 | 375.00 |
| 280302<br>10/14/2013<br>Billed          G:95717<br>Case strategy and analysis regarding Goodman claim; research regarding potential responses; | TIME<br>Draft<br>10/28/2013 Duff v. Dachman | 1.60<br>0.00 | 200.00<br>T@1 | 320.00 |

Gardiner Koch Weisberg & Wrona

10/28/2013        Slip Listing
3:46 PM                                          Page      3

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| draft pleading addressing samme | | | | |
| 281150      TIME 10/14/2013 Billed      G:95717 Case strategy and analysis regarding Goodman claim; draft pleading addressing same | Koch, James Draft 10/28/2013 Duff v. Dachman | 1.00 0.00 | 375.00 T@13 | 375.00 |
| 280158      TIME 10/15/2013 Billed      G:95717 Case strategy and analysis regarding Goodman claim; multiple revisions to potential pleading addressing same; legal research regarding same, review file and prior court orders; prepare exhibits | Condon, Shannon Draft 10/28/2013 Duff v. Dachman | 1.90 0.00 | 200.00 T@1 | 380.00 |
| 281123      TIME 10/16/2013 Billed      G:95717 Legal research regarding motion for sanctions; correspondence and calls with RDAP regarding motions; revisions to motions | Condon, Shannon Correspondence 10/28/2013 Duff v. Dachman | 1.60 0.00 | 200.00 T@1 | 320.00 |
| 281151      TIME 10/16/2013 Billed      G:95717 Draft motion for sanctions; legal research regarding same; correspondence and calls with RDAP regarding motions; revisions to motions | Koch, James Correspondence 10/28/2013 Duff v. Dachman | 1.00 0.00 | 375.00 T@13 | 375.00 |
| 281137      TIME 10/21/2013 Billed      G:95717 Correspondence Receiver regarding strategy and Motion to Approve Proposed Findings of Fact and Conclusions of Law; emails regarding same; draft and revise same | Condon, Shannon Draft 10/28/2013 Duff v. Dachman | 2.60 0.00 | 200.00 T@1 | 520.00 |
| 281138      TIME 10/22/2013 Billed      G:95717 Analysis regarding Motion to Approve Proposed Findings of Fact and Conclusions of law; correspondence regarding same; draft NOM and file both; emails with Goodman regarding same and his Motion for Holdback pending appeal; review Motion for Holdback; correspondence regarding same | Condon, Shannon Draft 10/28/2013 Duff v. Dachman | 1.70 0.00 | 200.00 T@1 | 340.00 |

Gardiner Koch Weisberg & Wrona

| 10/28/2013 | Slip Listing | | | |
| 3:46 PM | | Page | 4 | |

| Slip ID | | Attorney | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 281152 | TIME | Koch, James | 1.00 | 375.00 | 375.00 |
| 10/22/2013 | | Draft | 0.00 | T@13 | |
| Billed | G:95717 | 10/28/2013 Duff v. Dachman | | | |
| Revise Motion to Approve Proposed Findings of Fact and Conclusions of law; calls and emails with Receiver/RDAP regarding same; emails regarding same and his Motion for Holdback pending appeal; review same | | | | | |
| | | | | | |
| 281139 | TIME | Condon, Shannon | 0.60 | 200.00 | 120.00 |
| 10/23/2013 | | Review | 0.00 | T@1 | |
| Billed | G:95717 | 10/28/2013 Duff v. Dachman | | | |
| Case strategy and analysis regarding strategy for Goodman's Motion for Holdback pending appeal; correspondence regarding same; prepare for hearing | | | | | |
| | | | | | |
| 281140 | TIME | Condon, Shannon | 1.20 | 200.00 | 240.00 |
| 10/24/2013 | | Court | 0.00 | T@1 | |
| Billed | G:95717 | 10/28/2013 Duff v. Dachman | | | |
| Prepare for and attend court hearing before Judge Pallmeyer on Goodman's Motion for Holdback Pending Appeal and the Receiver's Motion for Approval of Proposed Findings of Fact and Conclusions of Law | | | | | |

Total: Duff v. Dachman

| | | | |
| Billable | 25.40 | | 6102.50 |
| Unbillable | 0.00 | | 0.00 |
| Total | 25.40 | | 6102.50 |

Grand Total

| | | | |
| Billable | 25.40 | | 6102.50 |
| Unbillable | 0.00 | | 0.00 |
| Total | 25.40 | | 6102.50 |

# EXHIBIT 5

# Rachlis Duff Adler & Peel, LLC

542 SOUTH DEARBORN STREET
SUITE 900
CHICAGO, ILLINOIS 60605

TEL (312) 733-3950
FAX (312) 733-3952

October 28, 2013

Kevin B. Duff, Receiver for
Central Sleep Diagnostics, LLC
542 S. Dearborn Street, Suite 900
Chicago, IL 60605

Re:  *Friedopfer, et al. v. Dachman, et al.*, No. 10-cv-6162       Fed. I.D. No. 61-1421786
     Special Counsel                                                Invoice No.34502102

| | |
|---|---:|
| Legal Fees for the period | $5,216.00 |
| Other Charges | $157.32 |
| **Due this Invoice** | **$5,373.32** |
| Previous Balance | $67,832.10 |
| Less Payments and Adjustments | $0.00 |
| **TOTAL DUE** | **$73,205.42** |

Kevin B. Duff, Receiver for                                                                 Page   2

| Date | Indiv | Hours | Description |
|------|-------|-------|-------------|
| 9/3/2013 | KMP | 0.50 | Review and comment on draft distribution plan (.4); conference with K. Duff regarding billing issues relating to distribution plan (.1). |
| | JEM | 3.50 | Communicate with counsel for Loggans firm regarding final settlement language (.2); make revisions to proposed distribution plan and supporting exhibits (3.1); communicate with co-counsel and Receiver regarding same (.2). |
| 9/4/2013 | KMP | 0.20 | Conference with J. Murray regarding motion to approve settlement with Loggans firm (.1); attention to filing of motion (.1). |
| | JEM | 2.90 | Communicate with counsel for Loggans firm regarding finalization of settlement agreement and timetable for filing motion to approve same (.2); draft and file motion to approve Loggans settlement (1.2); make revisions to proposed distribution plan (1.3); communicate with Receiver regarding same (.2). |
| 9/5/2013 | KMP | 0.40 | Review correspondence with document storage vendor regarding proposal for offsite storage of case records (.2); conferences with J. Murray regarding issues relating to distribution plan and schedules (.2). |
| | JEM | 3.70 | Continue review and revisions to proposed distribution plan and supporting exhibits (3.4); communicate with co-counsel, the Receiver, and the SEC (.2); communicate with co-counsel regarding proposed off-site storage agreement (.1). |
| 9/6/2013 | KMP | 0.90 | Review correspondence with document storage vendor regarding proposal for offsite storage of case records (.1); several conferences with K. Duff and J. Murray regarding issues relating to distribution plan and schedules (.2); prepare exhibits to motion to approve distribution plan for filing (.3); draft correspondence to Judge Pallmeyer regarding courtesy copy of motion and in camera review of schedule of claimants (.2). |
| | JEM | 5.10 | Final revisions to proposed distribution plan and exhibits in support of same (3.6); communicate with co-counsel and Receiver regarding same (.4); prepare for filing and file accordingly (.9); attention to correspondence regarding Receivership's efforts to obtain conditional off-site storage agreement (.2). |
| 9/9/2013 | KMP | 0.40 | Attention to further correspondence with document storage vendor regarding proposal for offsite storage of case records and conference with K. Duff regarding same (.2); conferences with K. Duff and J. Murray regarding arrangements for Loggans firm to obtain settlement check (.2). |
| | JEM | 0.60 | Attention to correspondence regarding Receivership's efforts to finalize storage agreement (.1); communicate with IT consultant regarding posting distribution plan, exhibits and scheduling order on Receiver's website (.2); communicate with K. Duff and counsel for Loggans Firm regarding timetable for tendering settlement check following Court's order approving said settlement (.3). |
| 9/10/2013 | JEM | 0.10 | Correspondence with Loggans Firm regarding Court's order approving settlement. |

Kevin B. Duff, Receiver for

| Date | Indiv | Hours | Description |
|------|-------|-------|-------------|
| 9/11/2013 | JEM | 1.10 | Communicate with CSD claimants regarding confirmation of their current contact address (.6); update records accordingly (.5). |
| 9/13/2013 | KMP | 0.10 | Review minute orders approving storage contract and settlement agreement with Loggans firm. |
| 9/16/2013 | JEM | 0.20 | Attention to correspondence with claimant regarding confirmation of current contact information for purposes of distribution (.1); update records accordingly (.1). |
| 9/17/2013 | JEM | 0.50 | Attention to correspondence with claimant regarding respective claim and process (.2); follow-up regarding same (.3). |
| 9/18/2013 | JEM | 0.20 | Attention to correspondence from claimant regarding confirmation of current contact information (.1); update Receiver's records accordingly (.1). |
| 9/20/2013 | JEM | 0.30 | Attention to correspondence from claimant regarding confirmation of current contact information (.2); update records accordingly (.1). |
| 9/30/2013 | JEM | | Meet with K. Duff regarding status of matter and the need to amend proposed distribution worksheets in advance of the approval hearing due to inadvertent omission of claimant as well as additional professional fees; communicate with omitted claimant regarding notice of their proposed distribution. (No charge) |
| 10/7/2013 | KMP | 0.20 | Briefly review and download opposition to motion to approve distribution plan to network file. |
| | JEM | 0.50 | Review Goodman objection to proposed distribution plan (.3); communicate with Receiver and co-counsel regarding objection as well as the recent results in the Parisi malpractice case and its implications on the Receivership Estate (.2). |
| 10/11/2013 | KMP | 0.10 | Attention to court order overruling objection to distribution plan and setting date by which Receiver must file amended plan. |
| | JEM | 0.80 | Appear for status hearing relating to Goodman objection to proposed distribution plan. |
| 10/21/2013 | JEM | 2.20 | Review initial draft of proposed findings of fact and conclusions of law (.5); revise draft and communicate with Receiver and co-counsel regarding same (1.7). |
| 10/22/2013 | JEM | 0.80 | Addtional revisions to findings of fact and conclusions of law (.6); communicate with Receiver and co-counsel regarding same (.2). |
| 10/24/2013 | JEM | 1.10 | Appear for motions for findings of fact and conclusions of law and Goodman motion for holdback pending appeal (.9); communicate with co-counsel regarding updated bills for amended proposed distribution worksheets (.2). |

|  | Hours | Amount |
|--|-------|--------|
|  | 26.40 | $5,216.00 |

Kevin B. Duff, Receiver for

Page    4

Other Charges

| Description | |
|---|---|
| Photocopies | 3.00 |
| Online research | 154.32 |
| | |
| **Total Other Charges** | **$157.32** |

| Summary of Activity | Hours | Rate | |
|---|---|---|---|
| John E. Murray | 23.60 | 205.00 | $4,838.00 |
| Kathleen M. Pritchard | 2.80 | 135.00 | $378.00 |

Kevin B. Duff, Receiver for                                                                Page    5

## SUMMARY

| | |
|---|---:|
| Legal Services | $5,216.00 |
| Other Charges | $157.32 |
| **TOTAL DUE** | **$5,373.32** |

| | |
|---|---:|
| Previous balance | $67,832.10 |
| Balance due | $73,205.42 |