IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Brian Friedopfer, et al,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 10 C 6162 |
| | ) |
| **Kenneth A. Dachman, et al,** | ) Judge Rebecca R. Pallmeyer |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER

The court approves the Receiver's proposed amendments to distribution schedules.

ENTER:

Dated: November 19, 2013  _____
REBECCA R. PALLMEYER
United States District Judge