Case: 1:10-cv-06162 Document #: 406 Filed: 12/19/13 Page 1 of 1 PageID #:4785



# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Brian Friedopfer, et al, | ) |
| Plaintiffs, | ) |
| v. | ) No. 10 C 6162 |
| Kenneth Dachman, et al, | ) Judge Rebecca R. Pallmeyer |
| Defendant(s). | ) |

## ORDER

Motion hearing held on 12/19/2013. Receiver's motion to dismiss and to terminate the Receivership [399] granted. The court authorizes the Receiver and its attorneys to respond to the appeal. The case is terminated. (For further detail see separate order.)

ENTER:

Dated: December 19, 2013

REBECCA R. PALLMEYER
United States District Judge

(T:00:06)