STANDARDIZED FUND ACCOUNTING REPORT for CENTRAL SLEEP DIAGNOSTICS, LLC - Cash Basis

Receivership; Civil Court Docket No. 10-cv-6162

Reporting Period 4/21/2011 to 12/31/2013

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (As of 4/21/2011):** | | | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | | | |
| Line 3 | **Cash and unliquidated assets** | | | |
| Line 4 | **Interest/Dividend Income** | | | |
| Line 5 | **Business Asset Liquidation** | $6,000.00 | | |
| Line 6 | **Personal Asset Liquidation** | $92,882.68 | | |
| Line 7 | **Third-Party Litigation Income[1]** | $305,000.00 | | |
| Line 8 | **Miscellaneous - Other** | | | |
| | **Total Funds Available (Line 1-8):** | | | $403,882.68 |
| | *Decrease in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | ($243,392.76) | | |
| Line 10 | **Disbursements for receivership operations** | | | |
| Line 10a | Disbursements to receiver or Other Profesionals | ($104,640.30) | | |
| Line 10b | Business Asset Expenses | ($2,700.00) | | |
| Line 10c | Personal Asset Expenses | ($1,820.00) | | |
| Line 10d | Other Expenses | ($36,103.19) | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | $0.00 | |
| Line 10f | Tax Administrator Fees and Bonds | ($2,250.00) | | |
| Line 10g | Federal and State Tax Payments | ($12,976.43) | | |
| | Total Disbursements for Receivership Operations | | ($403,882.68) | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………………………………………. | | | |
| | Independent Distribution Consultant (IDC)………………… | | | |
| | Distribution Agent…………………………………………………………… | | | |
| | Consultants……………………………………………………………………. | | | |
| | Legal Advisers………………………………………………………………….. | | | |
| | Tax Advisers……………………………………………………………………. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | $0.00 | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………………………………… | | | |
| | IDC………………………………………………………………………………. | | | |
| | Distribution Agent…………………………………………………………… | | | |
| | Consultants……………………………………………………………………. | | | |

STANDARDIZED FUND ACCOUNTING REPORT for CENTRAL SLEEP DIAGNOSTICS, LLC - Cash Basis

Receivership; Civil Court Docket No. 10-cv-6162

Reporting Period 4/21/2011 to 12/31/2013

|  |  |  |  |  |
|---|---|---|---|---|
|  | Legal Advisers……………………………………………………. |  |  |  |
|  | Tax Advisers…………………………………………………….. |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor identification |  |  |  |
|  | Notice/Publishing Approved Plan………………………… |  |  |  |
|  | Claimant Identification…………………………………….. |  |  |  |
|  | Claims Processing………………………………………………. |  |  |  |
|  | Web Site Maintenance/Call Center……………………… |  |  |  |
|  | 4. Fund Adminstrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR) reporting Expenses |  |  |  |
|  | Total Plan Implementation Expenses |  |  |  |
|  | Total Disbursement for Distribution Expenses Paid by the Fund | $0.00 |  |  |
| Line 12 | **Disbursement to Court/Other:** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | Total Disbursement to Court/Others: |  |  |  |
|  | Total Funds Disbursed (Lines 1-10): |  |  | ($403,882.66) |
| Line 13 | **Ending Balance (As of 12/31/2013):** |  |  | ($0.00) |
| Line 14 | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* |  |  | $0.00 |
| Line 14b | *Investments* |  |  | $0.00 |
| Line 14c | *Other Assets or uncleared Funds* |  |  | $0.00 |
|  | **Total Ending Balance of Fund - Net Assets** |  |  | $0.00 |

[1]*Funds received from settlement of medical malpractice action*

Receiver:

/s/ Kevin B. Duff
(Signature)

Kevin B. Duff
(Printed Name)

Receiver - Central Sleep Diagnostics, LLC
(Title)

Date: December 31, 2013